TRUSTY GASOLINE STATIONS, INC., Respondent, v. ESSANARR GARAGE CORPORATION and RALPH HOLDING CORPORATION, Appellants.— In an action to

recover the amount deposited as security for the faithful performance of the terms of a lease, order granting plaintiff's motion for summary judgment and judgment thereon ·entered in favor of plaintiff against defendants, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.